**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MELISSA R. McKERNAN, as Administratrix of the Estate of WILLIAM R. McKERNAN,<br><br>   Plaintiff,<br><br>   v.<br><br>WAYNE S. KICHAR, and CERMINARO CONSTRUCTION COMPANY, INC.,<br><br>   Defendants. | CIVIL ACTION NO. 3:12-1439<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 27th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Melissa McKernan, as Administratrix of the Estate of William R. McKernan, is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge