# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA R. McKERNAN, as Administratrix of the Estate of WILLIAM R. McKERNAN, | CIVIL ACTION NO. 3:12-1439 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| WAYNE S. KICHAR, and CERMINARO CONSTRUCTION COMPANY, INC., | |
| Defendants. | |

## ORDER

**NOW**, this 27th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Melissa McKernan, as Administratrix of the Estate of William R. McKernan, is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge